PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Quasim Nichols  Cr.: 15-00074-001
PACTS #: 65418

Name of Sentencing Judicial Officer:     THE HONORABLE MARY L. COOPER
                                                             UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/20/2015

Original Offense:    Count One: Carjacking, in violation of Title 18 U.S.C. § 2119(2)
                          Count Two: Conspiracy to Commit Extortion, in violation of Title 18 U.S.C. § 1951(a)

Original Sentence: 148 months imprisonment on each count concurrently, 60 months supervised release

Special Conditions: Special Assessment $200, Alcohol/Drug Testing and Treatment, Gang Prohibition, $500 fine on Count 1 only.

Type of Supervision: Supervised Release                      Date Supervision Commenced: 3/17/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Mr. Nichols submitted a positive drug screen for amphetamine and methamphetamine on August 15, 2023. The specimen was confirmed positive on August 23, 2023. |

U.S. Probation Officer Action:
Mr. Nichols commenced supervision in this district on March 17, 2023. He subsequently relocated to the Middle District of Pennsylvania (MD/PA) on April 21, 2023. The MD/PA probation office has intensified supervision and drug testing and is referring Mr. Nichols to an outpatient substance abuse treatment program. They recommend no Court intervention currently and our office concurs.

                                                       Respectfully submitted,

                                                       SUSAN M. SMALLEY, Chief
                                                       U.S. Probation Officer

                                          By:    STEVEN ALFREY
                                                          Supervising U.S. Probation Officer

/ sa

APPROVED:

_____  9/5/2023
STEVEN ALFREY                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

/s/ *Georgette Castner*
Signature of Judicial Officer

9/8/2023
Date