UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>QUASIM NICHOLS | Crim. No. 15-074<br><br>**ORDER** |

This matter having been opened to the Court on motion of the United States, by Vikas Khanna, Acting United States Attorney for the District of New Jersey (Ashley Super Pitts, Assistant United States Attorney, appearing) in the presence of Saverio Viggiano, Esq., counsel for the defendant, Quasim Nichols, for an order dismissing alleged Violations 3, 4, and 5 of the Petition for Summons or Warrant for Individual Under Supervision (ECF No. 61), and for good cause shown,

IT IS, therefore, on this __14th__ day of February 2025,

ORDERED that Violations 3, 4, and 5 of the Petition for Summons or Warrant for Individual Under Supervision (ECF No. 61) are dismissed without prejudice.

_____
HONORABLE JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE